UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-CR-00518-CDP |
| | ) |
| JENNIFER L. SAAKE, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL

Defendant Jennifer L. Saake ("Saake"), by and through her undersigned counsel, respectfully moves for leave to file under seal Defendant's Sentencing Memorandum, including Exhibits, for the reason that the Sentencing Memorandum and Exhibits contain sensitive and highly personal information about her, and to some extent, other members of her family.

Respectfully submitted,

**CAPES SOKOL GOODMAN
& SARACHAN, P.C.**

**By: /s/ Sanford J. Boxerman**
Sanford J. Boxerman #37436MO
7701 Forsyth Blvd., Suite 1200
St. Louis, Missouri 63105
(314) 721-7701 (telephone)
(314) 721-0554 (facsimile)
boxerman@capessokol.com

*Attorneys for Defendant Jennifer L. Saake*

1

2

Certificate of Service

     I hereby certify that the foregoing was filed on October 17, 2018 and served that day upon via email upon Kyle Bateman, Assistant United States Attorney (Kyle.Bateman@usdoj.gov) and Amy Linne, United States Probation Officer (Amy_Linne@moep.uscourts.gov).

**/s/ Sanford J. Boxerman**